UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Reyes Jr.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>5610 Imperial Highway, LLC, a California Limited Liability Company;<br>CCA Educorp, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-05841-JAK-AGR<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)**<br><br>**JS-6** |

### ORDER

Having read the foregoing Stipulation and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 2, 2014

　　　　　　　　　　　　_/s/ John A. Kronstadt_
　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal　　　　　　　　Case: 2:13-CV-05841-JAK-AGR